# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter
United States Register of Copyrights and Director

**Registration Number**
**VA 2-388-391**
**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 27, 2024

## Title

**Title of Work:** His Granny Knitted It!

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 10, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  ***Citizen of:*** United Kingdom

## Copyright Claimant

***Copyright Claimant:*** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
***Email:*** alinamshriver@gmail.com
***Telephone:*** (305)778-7117
***Address:*** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 18, 2024



# Certificate of Registration

SEAL · OF · THE · UNITED · STATES · COPYRIGHT · OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-413-118**
**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 18, 2024

## Title

**Title of Work:** Me Time

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** September 05, 2024

