# Exhibit 2

# favomens.com

2/26/26, 4:32 PM FAVOMENS

**BUY 5 GET 6TH FREE ! ✈FREE SHIPPING OVER $99.00**

FAVOMENS English USD

New In | Best Seller | Spring 2026 | 100% Cotton Shirts | Pants | Cardigan Jacket | Valentine's Day | Blazer | More links





Retro Cute Dog Art Print Casual 100% Cotton Shirt

$37.99

Buy 2 items and save 5% off
Buy 4 items and save 10% off
Buy 6 items and save 15% off

Spend $89 to get 1 free gift(s)

**Color:** Multicolor

Multicolor

**Size:** S

S | M | L | XL | 2XL | 3XL | 4XL | 5XL

**Quantity**

− 1 +

Add to cart - $37.99

Buy now

PayPal | Pay Later

AUTUMN BIG SALE

---

## FAVOMENS

Express checkout

PayPal

Pay Later

OR

Contact — Already have an account? Login

Email
O.o@gmail.com

☐ Email me with news and offers

**Shipping address**

Your address will only be used for order delivery.

Country/Region
United States

First Name
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589

[redacted]

☑ Save this information for next time.

Retro Cute Dog Art Print Casual 100% Cotton Shirt — $37.99
Color: Multicolor
Size: S

Gift Card / Coupon Code — Apply

Subtotal $37.99

Delivery +$9.99

Total:

# VA 2-388-391



**Magic Matrix Technology Co., LTD** **–$47.98 USD**
9 April 2026 . Payment

**Paid with**

"PPPurchase" $47.98 USD
[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*MAGICMATRIX4VNN" on
your card statement.

**Ship to**

[redacted]
1111 W 35th St
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1CJ442255E511590H

**Seller info**

Magic Matrix Technology Co., LTD
**service@zhuoda.work**

**Invoice ID**

1973885-LSCAS21830

**Order summary**

| | |
|---|---|
| Retro Cute Dog Art Print Casual 100% Cotton Shirt / Multicolor-S<br>Product ID: 103-250225-23-MT0140EKMX-Multicolor-S | $37.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$47.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **6 October 2026**. You may be **eligible for purchase protection**

# lacemylife.com

2/26/26, 1:14 PM LACEMYLIFE

🎁FIRST ORDER 10% OFF! CODE:NEW10✈FREE SHIPPING OVER $79.00

LACEMYLIFE

English USD

New In | Best Seller | Spring 2026 | Denim Essentials | Weekly Trending | Women's | Men's | More links



## Women's Funny Dog Print Casual Top

$24.99

Buy 2 items and save 5% off

Spend $69 to get 1 free gift(s) ›

**Color:** Multicolor

Multicolor

**Size:** S

S | M | L | XL | 2XL | 3XL | 4XL | 5XL

**Quantity**

− 1 +

Add to cart - $24.99

Buy now

PayPal | Pay Later

**Store Discounts**

---

## LACEMYLIFE

Express checkout

PayPal

Pay Later

OR

**Contact** Already have an account? Login

Email
O.o@gmail.com

☐ Email me with news and offers

**Shipping address**

Your address will only be used for order delivery.

Country/Region
United States

First Name
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code
60604-3589

[redacted]

☑ Save this information for next time.

**Shipping method**



Women's Funny Dog Print Casual Top $24.99
Color: Multicolor
Size: S

Gift Card / Coupon Code | Apply

| | |
|---|---|
| Subtotal | $24.99 |
| Delivery | + $9.99 |
| Total: | USD $34.98 |

**VA 2-413-118**



**Magic Matrix Technology Co., LTD** **−$34.98 USD**
8 April 2026 . Payment

**Paid with**

"PPPurchase" $34.98 USD
[redacted]
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *MAGICMATRIX4VNN" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

03M898626B941100C

**Seller info**

Magic Matrix Technology Co., LTD
**service@zhuoda.work**

**Invoice ID**

1974012-LCEMQH41914

**Order summary**

| | |
|---|---|
| Women's Funny Dog Print Casual Top / Multicolor-S<br>Product ID: 223-250221-a27-MT00712597-Multicolor-S | $24.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$34.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **5 October 2026**. You may be **eligible for purchase protection**