# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

---

Case Title: Alison Friend v. The Partnerships et al.

Case Number: 26-cv-5581

An appearance is hereby filed by the undersigned as attorney for:
favomens.com (Def. 28), lacemylife.com (Def. 29)

Attorney name (type or print): Michael T. Griggs

Firm: Boyle Fredrickson, S.C.

Street address: 840 N. Plankinton Ave.

City/State/Zip: Milwaukee, Wisconsin 53203

Bar ID Number: IL 6280132
(See item 3 in instructions)

Telephone Number: 414-225-6311

Email Address: mtg@boylefred.com

Are you acting as lead counsel in this case? x Yes ☐ No

Are you a member of the court's general bar? x Yes ☐ No

Are you a member of the court's trial bar? x Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes x No

If this case reaches trial, will you act as the trial attorney? x Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/29/2026

Attorney signature: S/ Michael T. Griggs
(Use electronic signature if the appearance form is filed electronically.)