**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alison Friend

Plaintiff,

v.

Case No.: 1:26−cv−05581
Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's Motion for Preliminary Injunction [28] is granted in part and continued in part. The motion is granted as to Defendant Nos. 1−21, 23−27, and 30−34 and continued as to Defendants aomiss (#22), favomens.com (#28), and lacemylife.com (#29). The Clerk is directed to unseal Plaintiff's Exhibit 2 to the Declaration of Alison Friend [15], and the TRO [18]. Plaintiff's law firm is hereby ordered to add ALL defendant names listed in the Schedule A to the docket within three (3) business days. Instructions can be found at https://www.ilnd.uscourts.gov/_assets/_documents/_ forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. A status report is due by 7/10/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.