**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Alison Friend
Plaintiff,
v.
Case No.: 1:26−cv−13263
Honorable Charles P. Kocoras
Magic Matrix Technology Co., Ltd., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: This matter is referred to the Magistrate Judge for discovery supervision and settlement if appropriate. The parties are directed to notify the Court within seven days of the completion of limited discovery needed for resolution of the pending motion for preliminary injunction [8]. The Magistrate Judge has full authority to set and modify deadlines. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.