**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**Alison Friend,**

Plaintiff,

v. Case No. 1:26-cv-13263

**Magic Matrix Technology Co., Ltd.**

Defendant.

# MAGIC MATRIX ANSWER TO AMENDED COMPLAINT

Dated: November 23, 2026

Michael T. Griggs
BOYLE FREDRICKSON S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
mtg@boylefred.com

***Attorney for Defendant Magic Matrix***

Defendant Magic Matrix Technology Co. Ltd. ("Defendant" or "Magic Matrix") hereby files its Answer and Additional Defenses in response to the Amended Complaint (ECF 2) filed by Plaintiff Alison Friend ("Plaintiff" or "Friend"), as follows:

**JURISDICTION AND VENUE**

1. Admitted.

2. Admitted that Defendant operated lacemylife.com and favomens.com. All other allegations are denied.

**INTRODUCTION**

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

4. Denied that Defendant is selling unauthorized products that are based on and derived from the copyrighted subject matter of Plaintiff's illustrations. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

5. Admitted that Friend is identified as the Copyright Claimant for the copyright registrations identified in this paragraph. Defendant denies any allegation of copyright infringement. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

6. Denied.

7. Admitted that Defendant operated lacemylife.com and favomens.com and processes payments through PayPal accounts. Admitted that Defendant operates additional websites. All other allegations are denied.

## THE PLAINTIFF

8. Admitted that Friend is identified as the Copyright Claimant for the copyright registrations identified in Exhibit 1 of the Complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

10. Admitted that Friend is identified as the Copyright Claimant for the copyright registrations identified in Exhibit 1 of the Complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

11. Denied.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

## THE DEFENDANT

16. Admitted that Defendant is domiciled in China and conducts business in the United States through its internet stores. All other allegations are denied.

## COUNT I
## COPYRIGHT INFRINGEMENT

17. Defendant repeats and realleges its responses to Paragraphs 1 through 16 of the Amended Complaint as if fully set forth herein.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies them.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Friend is entitled to any relief requested in the Amended Complaint, or any other relief.

## ADDITIONAL DEFENSES

Subject to its responses above, and upon information and belief, Defendant alleges and asserts the following defenses in response to the Amended Complaint.

### 1. Noninfringement

Defendant has not infringed any of the Plaintiff's copyrighted works.

**2. Invalidity**

Plaintiff's purported copyrights are not valid.

**3. License**

Plaintiff has granted an express or implied license for Defendant's actions.

**4. Fair Use under 17 U.S.C. § 107**

Defendant's actions constitute fair use under 17 U.S.C. § 107 and therefore do not constitute infringement of Plaintiff's copyrighted works.

**5. Insufficient Service of Process under Rule 12(b)(5)**

Plaintiff failed to serve the complaint in accordance with the requirements of The Hague Convention.

**6. Equitable Defenses**

Plaintiff's claims of infringement are barred, in whole or in part, by the doctrines of waiver, estoppel, prosecution laches, unclean hands, acquiescence, and/or other applicable equitable doctrines.

**7. 17 U.S.C. § 504(c)(2)**

Any statutory damages awarded should be reduced under 17 U.S.C. § 504(c)(2) because Defendant was not aware and had no reason to believe its acts constituted an infringement of copyright.

Dated: November 23, 2026

s/Michael T. Griggs

Michael T. Griggs
BOYLE FREDRICKSON S.C.
840 N. Plankinton Ave.
Milwaukee, WI 53203
mtg@boylefred.com

***Attorney for Defendant Magic Matrix***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record via the ECF filing system.

Date: November 23, 2026

s/Michael T. Griggs
Michael T. Griggs
***Attorney for Defendant Magic Matrix***