**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALISON FRIEND,<br><br>Plaintiff,<br><br>v.<br><br>MAGIC MATRIX TECHNOLOGY CO., LTD. d/b/a LACEMYLIFE.COM AND FAVOMENS.COM,<br><br>Defendant. | Case No.: 1:26-cv-13263<br><br>**Judge Charles P. Kocoras**<br><br>**Magistrate Judge Beth W. Jantz** |

**JOINT STIPULATION REGARDING**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [8]**

Plaintiff Alison Friend ("Friend" or "Plaintiff") and Defendant Magic Matrix Technology Co., Ltd. d/b/a lacemylife.com and favomens.com ("Magic Matrix," and with Plaintiff, the "Parties"), through their undersigned counsel, stipulate as follows:

1. Magic Matrix withdraws its Opposition [15] (filed in No. 1:26-cv-05581 as Dkt. 63) to Plaintiff's Motion for Entry of a Preliminary Injunction [8] (the "Motion").

2. Magic Matrix consents to entry of the [Agreed] Preliminary Injunction Order as to Defendant Magic Matrix, a copy of which is attached as **Exhibit A** and is being submitted to the Court's proposed order inbox at Proposed_Order_Kocoras@ilnd.uscourts.gov.

3. Because Magic Matrix no longer opposes the Motion, the limited fact discovery the Court authorized in connection with the Motion [17] is no longer needed to resolve the Motion. This Stipulation constitutes the Parties' notice under the Court's Minute Entry of November 5, 2026 [23].

Accordingly, the Parties respectfully request that the Court enter the [Agreed] Preliminary Injunction Order attached as Exhibit A.

DATED: November 24, 2026

Respectfully submitted,


<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

<u>*/s/ Michael T. Griggs*</u>
Michael T. Griggs
Boyle Fredrickson S.C.
840 N. Plankinton Ave.
Milwaukee, Wisconsin 53203
Telephone: 414-225-6311
E-mail: mtg@boylefred.com

***ATTORNEY FOR DEFENDANT MAGIC MATRIX TECHNOLOGY CO., LTD.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 24, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.