# Exhibit A

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALISON FRIEND,

Plaintiff,

v.

MAGIC MATRIX TECHNOLOGY CO., LTD. d/b/a LACEMYLIFE.COM AND FAVOMENS.COM,

Defendant.

Case No.: 1:26-cv-13263

**Judge Charles P. Kocoras**

**Magistrate Judge Beth W. Jantz**

**[AGREED] PRELIMINARY INJUNCTION ORDER**
**AS TO DEFENDANT MAGIC MATRIX**

Plaintiff ALISON FRIEND ("Friend" or "Plaintiff") filed a Motion for Entry of a Preliminary Injunction [8] against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint, including Defendant Nos. 28 favomens.com and 29 lacemylife.com (the "Defendant Internet Stores"), which are owned and operated by Defendant Magic Matrix Technology Co., Ltd. ("Magic Matrix" or "Defendant"). [4]; [2] ¶¶ 2, 7. This Court severed Friend's claims against Magic Matrix into this action, which continues the original action as to Magic Matrix, and the Motion remains pending here. [1] at 1, 11; *Friend v. P'ships & Unincorporated Ass'ns Identified on Schedule "A"*, No. 1:26-cv-05581, Dkt. 106 ¶¶ 1, 4 (N.D. Ill. Oct. 30, 2026). Magic Matrix has appeared through counsel [10] and consents to entry of this Order. Friend owns the federally registered copyrights protected by U.S. Copyright Registration Nos. VA 2-382-904; VA 2-382-902; VA 2-413-134; VA 2-413-347; VA 2-388-383; VA 2-413-112; VA 2-382-725; VA 2-388-382; VA 2-388-391; VA 2-382-907; VA 2-413-118; VA 2-412-957; VA 2-413-115 (the "Alison Friend Works"). [3] ¶ 5. After reviewing the

Motion and the accompanying record, this Court GRANTS Friend's Motion as to Magic Matrix and orders as follows:

1. Magic Matrix, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with it be preliminarily enjoined and restrained from:

   a. reproducing, distributing, publicly displaying, offering for sale, or selling any product bearing the Alison Friend Works or any copies substantially similar to them, or preparing derivative works based on the Alison Friend Works, without Friend's authorization;

   b. inducing, causing, or materially contributing to the infringement of the Alison Friend Works by any other person; and

   c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Friend, nor authorized by Friend to be sold or offered for sale, and which bear any of Friend's copyrighted works, including the Alison Friend Works, or any copies substantially similar to them.

2. The Agreed Asset Restraint Order [11] remains in full force and effect under this Order. Magic Matrix shall not transfer or dispose of the funds restrained under that Order and shall not use those funds to pay any incurred charges or expenses.

3. PayPal shall, consistent with the Agreed Asset Restraint Order [11]:

   a. continue to restrain ten thousand dollars ($10,000.00) in each of the PayPal accounts associated with the Defendant Internet Stores, Defendant No. 28 favomens.com and Defendant No. 29 lacemylife.com, until final disposition of this case; and

b. restrain and enjoin those funds from being transferred or disposed of until further order by this Court.

4. The ten thousand dollar ($10,000) bond posted by Friend [6] shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_________________________________

Charles P. Kocoras
United States District Judge

Dated: